JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARQUISE CALIZ, | ) | NO. CV 18-3021-JLS (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| DEPUTY ARGUETA, *et al*, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 2, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1